## 54718. WARD v. THE STATE.

PER CURIAM.

This is an appeal from an order revoking defendant's probation. The evidence authorized revocation. None of the defendant's enumerations of error have any merit and require no further consideration or elaboration.

*Judgment affirmed. Bell, C. J., McMurray and Smith, JJ., concur.*

SUBMITTED OCTOBER 4, 1977 — DECIDED OCTOBER 28, 1977.

*Griffith, Degonia & Payne, George W. Griffith,* for appellant.
*J. W. Morgan, District Attorney, William S. Sutton, Assistant District Attorney,* for appellee.